[No. 5140-1-II. Division Two. April 5, 1983.]

*In the Matter of* GARY D. SCHREINER.

Appeal from a judgment of the Superior Court for Kitsap County, No. JC–1153, James I. Maddock, J. Pro Tem., entered October 22, 1980. *Dismissed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Reed, J.

[No. 4907-8-III. Division Three. April 5, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN JAMES CAIN, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 81-1-00308-2, Walter A. Stauffacher, J., entered November 13, 1981. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, A.C.J., and McInturff, J.

[No. 4882-9-III. Division Three. April 5, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRY MOORE BURNS, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 81-1-00327-9, Bruce P. Hanson, J., entered November 10, 1981. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Roe, C.J., and Green, J.